■ In the Matter of DEVONTEE I., a Person Alleged to be a Juvenile Delinquent, Appellant. [19 NYS3d 893]—Order of disposition, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about October 30, 2014, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the

crime of attempted assault in the third degree, and imposed a conditional discharge for a period of 12 months, unanimously affirmed, without costs.

The court providently exercised its discretion in adjudicating appellant a juvenile delinquent rather than a person in need of supervision in light of his violence toward his mother and his pattern of serious misconduct in and out of school (*see e.g. Matter of Jade Q.*, 41 AD3d 327 [1st Dept 2007]). Concur—Mazzarelli, J.P., Richter, Manzanet-Daniels and Kapnick, JJ.